**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
David J. McGlothlin, Esq. (SBN: 253265)
david@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Aaron Rapp, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>RANGE VIEW MANAGEMENT LLC d/b/a Lendvia, and BETTER DEBT SOLUTIONS LLC,<br><br>Defendants. | Case No.: 8:24-cv-01438-JWH-KES<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION PURSUANT TO F.R.C.P. 41(a) WITHOUT PREJUDICE** |

Pursuant to the Federal Rules of Civil Procedure 41(a)(l)(A)(i), Plaintiff hereby voluntarily dismisses this action *without* prejudice.

Dated: August 12, 2024　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　**KAZEROUNI LAW GROUP, APC**

　　　　　　　　　　　　By:　*s/ Abbas Kazerounian*
　　　　　　　　　　　　　　ABBAS KAZEROUNIAN, ESQ.
　　　　　　　　　　　　　　DAVID J. MCGLOTHLIN, ESQ.
　　　　　　　　　　　　　　*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Kazerouni Law Group, APC, 245 Fischer Avenue, Unit D1, Costa Mesa, CA 92626. On August 12, 2024, I served the within document(s):

- **NOTICE OF VOLUNTARY DISMISSAL OF ACTION PURSUANT TO FRCP 41(a) WITHOUT PREJUDICE**

☒ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on August 12, 2024, at Costa Mesa, California.

                                                        */s/ Abbas Kazerounian*
                                                        ABBAS KAZEROUNIAN